**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLNOIS
EASTERN DIVISION**

| | |
|---|---|
| GRANGE INSURANCE COMPANY,     ) | |
|       ) | |
|      Plaintiff,     ) | |
|       ) | Cause No. 1:25-cv-1889 |
| v.     ) | |
|       ) | |
| MARIS CONSTRUCTION I, LLC d/b/a MARIS     ) | |
| CONSTRUCTION, MARIS CONSTRUCTION     ) | |
| CORP.,  and 1550 N. WIELAND (CHICAGO)     ) | |
| OWNER, LLC, as assignee of 1550 N. WIELAND ) | |
| (CHICAGO) MEMBER, LLC and 233 NORTH     ) | |
| AVENUE JV LLC,     ) | |
|       ) | |
|      Defendants     ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff, Grange Insurance Company, by its attorneys, SWANSON, MARTIN & BELL, LLP, moves pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and hereby gives notice that Plaintiff's Complaint against Defendants is voluntarily dismissed without prejudice.

Respectfully submitted,

By: */s/ T. Allon Renfro*_____
One of the Attorneys for Plaintiff
Grange Insurance Company

T. Allon Renfro (Atty. No. 6309991)
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash #3300
Chicago, IL 60611
(312) 321-9100
trenfro@smbtrials.com

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the **28th** day of **April, 2025**, the foregoing **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)** was filed electronically, notice of which will be sent by operation of the Court's electronic filing system.

/s/ *T. Allon Renfro*

2